UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN BUSHANSKY, derivatively on behalf of ATHIRA PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEEN KAWAS; KELLY A. ROMANO; JOSEPH EDELMAN; JOHN M. FLUKE, JR.; JAMES A JOHNSON; BARBARA KOSACZ; and MARK LITTON, <br><br> Defendants, <br> and <br> ATHIRA PHARMA, INC., <br><br> Nominal Defendant. | C22-0497 TSZ <br> [consolidated with C22-0620 TSZ] <br><br> MINUTE ORDER |
| THOMAS HOULIHAN, derivatively on behalf of ATHIRA PHARMA, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEEN H. KAWAS; KELLY A. ROMANO; JOSEPH EDELMAN; JOHN M. FLUKE, JR.; JAMES A. JOHNSON; BARBARA KOSACZ; MARK LITTON; and KEVIN CHURCH, <br><br> Defendants, <br> and <br> ATHIRA PHARMA, INC., <br><br> Nominal Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiffs having advised the Court that a settlement has been reached, the stay imposed by the Minute Order entered May 26, 2022, docket no. 16, is LIFTED, and this matter is returned to the Court's active docket.

MINUTE ORDER - 1

(2) The requirements that counsel meet and confer and file a Joint Status Report, which are set forth in Paragraph 6 of the Minute Order entered May 26, 2022, docket no. 16, are STRICKEN.

(3) Plaintiffs are DIRECTED to provide, within fourteen (14) days of the date of this Minute Order, Microsoft-Word-compatible versions of their proposed order preliminarily approving settlement and their two proposed notices as attachments to an email addressed to ZillyOrders@wawd.uscourts.gov. *See* U.S. Dist. Ct., W.D. Wash. Elec. Filing Proc. for Civ. & Crim. Cases at § III(M) ("A proposed order must also be attached as a Word or Word-compatible file to an email sent to the email address of the assigned judge. The subject line of the email shall include the case number, case short title, and title of the order.") (available at https://www.wawd.uscourts.gov/attorneys/how-to-e-file).

(4) Absent objection from the parties within fourteen (14) days of the date of this Minute Order, the Court will consider setting any final approval hearing in this matter for the same day as the Final Approval Hearing in *Nacif, et al. v. Athira Pharma, Inc., et al.*, Case No. C21-861 TSZ, *i.e.*, October 25, 2024.

(5) Plaintiffs' motion for preliminary approval of derivative settlement, docket no. 17, is RENOTED to April 12, 2024.

(6) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 29th day of March, 2024.

Ravi Subramanian  
Clerk

s/Laurie Cuaresma  
Deputy Clerk

MINUTE ORDER - 2